UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| SCOTT SANDIFER | CASE NO.  2:22-CV-00083 |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| RECON MANAGEMENT SERVICES INC | MAGISTRATE JUDGE KAY |

## JUDGMENT OF DISMISSAL

Considering the foregoing,

**IT IS ORDERED** that the above-entitled and numbered cause be and the same is hereby dismissed with prejudice.

**THUS DONE AND SIGNED** in Chambers on this 7th day of March, 2022.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE